**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Melissa  Bierwirth v. AH4R 1 TX, LLC

Appellate case number:      01-13-00459-CV

Trial court case number:    1027657

Trial court:                Co Civil Ct at Law No 2 of Harris County

On September 23, 2013, appellant filed a Motion to Supplement the Record on Appeal. The order is hereby **GRANTED**.  The **clerk of the trial court is hereby ORDERED** to supplement the record with appellant's filing entitled "Defendants' Motion to Abate Proceedings Pending Outcome of Wrongful Foreclosure and Quiet Title Suit," dated March 15, 2013, or certify that the document does not exist, **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: /s/Harvey Brown
                   ☒ Acting individually     ☐ Acting for the Court

Date:  September 24, 2013